[No. 32367-6-III.   Division Three.   February 9, 2016.]

*In the Matter of the Custody of* S.F.-T.C.

JANET CAREY ET AL., *Respondents*, v. JASMINE ROSE CAREY ET AL., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-3-00255-1, Cameron Mitchell, J., entered February 20, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32941-1-III.   Division Three.   February 9, 2016.]

*In the Matter of the Parental Rights to* J.E.L.D.

Appeal from a judgment of the Superior Court for Kittitas County, No. 13-7-00082-3, Scott R. Sparks, J., entered December 8, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32840-6-III.   Division Three.   February 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EMILY KRISTEN DALHAUG, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00528-2, John D. Knodell III, J., entered October 21, 2014. *Affirmed* by unpublished opinion per Fearing, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.